IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRIAN CHANCE BROWN                                              PLAINTIFF

VS.                              4:08CV00335

UNION PACIFIC RAILROAD COMPANY                         DEFENDANT

### ORDER

After consideration of the motions to admit counsel D. Eric Sowers, Ferne P. Wolf and M. Beth Fetterman *pro hac vice*, and it appearing to the Court that Mr. Sowers, Ms. Wolf and Ms. Fetterman meet the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motions, docket #'s 2, 3 and 4 should be, and hereby are, GRANTED.

SIGNED this 15th day of April, 2008.

_____
James M. Moody
United States District Judge