IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRIAN CHANCE BROWN                                                    PLAINTIFF

VS.                                   4:08CV00335

UNION PACIFIC RAILROAD COMPANY                                        DEFENDANT

## ORDER

Pending is Plaintiff's motion to compel. (Docket # 16). Defendant has not responded. For good cause shown, Plaintiff's motion is granted. Defendant is directed to provide full and complete answers to the first set of interrogatories propounded by Plaintiff within ten (10) days of the entry of this Order.

IT IS SO ORDERED this 10th day of December, 2008.

_____
James M. Moody
United States District Judge