# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BRIAN CHANCE BROWN**                                              **PLAINTIFF**

**VS.**                                    **4:08CV00335**

**UNION PACIFIC RAILROAD COMPANY**                                  **DEFENDANT**

## ORDER

Pending is Plaintiff's motion to compel. (Docket # 18). Defendant's response to the pending motion is due on or about December 24, 2008. The scheduling order sets this matter for trial the week of May 4, 2009 and sets a discovery deadline January 16, 2009. In order to allow the Court an opportunity to consider the pending motion and anticipated response, the Court will extend the discovery deadline up to and including February 16, 2009.

IT IS SO ORDERED this 15th day of December, 2008.

*[signature]*

James M. Moody
United States District Judge